B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mohr, Christopher Garrett** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3030** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 1232**<br>**Thomson, GA**<br><br>ZIP Code **30824** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McDuffie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mohr, Christopher Garrett** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Mohr, Christopher Garrett**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Christopher Garrett Mohr**
Signature of Debtor **Christopher Garrett Mohr**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 30, 2013**
Date

**Signature of Attorney***

X **/s/ Todd Boudreaux**
Signature of Attorney for Debtor(s)

**Todd Boudreaux 070023**
Printed Name of Attorney for Debtor(s)

**Shepard Plunkett**
Firm Name

**7013 Evans Town Center Blvd
Suite 303
Evans, GA 30809**

Address

**706-869-1334  Fax: 706-868-6788**
Telephone Number

**August 30, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Christopher Garrett Mohr**                           Case No. _____

                                       Debtor(s)           Chapter    **11** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Christopher Garrett Mohr**
                             **Christopher Garrett Mohr**

Date:    **August 30, 2013**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Christopher Garrett Mohr**           Case No. _____

                             Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| AgSouth Farm Credit, ACA P.O. Box 160 Statesboro, GA 30459 | AgSouth Farm Credit, ACA P.O. Box 160 Statesboro, GA 30459 | Personal Guaranty of Business Debt Secured by Property of Four Brothers, LLC | | 862,000.00 |
| Blocker, Blocker, Bednar 2801 Pinnacle Point Drive Crestview, FL 32539 | Blocker, Blocker, Bednar 2801 Pinnacle Point Drive Crestview, FL 32539 | 6 +/- acres Guaranty of Southern Boys Investment Group III, LLC | Contingent Unliquidated Disputed | 100,000.00 |
| Branch Banking & Trust Co c/o G. William Long, III 271 17th St NW, Suite 2400 Atlanta, GA 30363 | Branch Banking & Trust Co c/o G. William Long, III 271 17th St NW, Suite 2400 Atlanta, GA 30363 | The Palms of Destin Unit 1308 | Contingent Unliquidated Disputed | 506,000.00 (203,000.00 secured) |
| City Ntl Bk/Ocwen Loan Service Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416 | City Ntl Bk/Ocwen Loan Service Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416 | Condo 80 Surfview Drive, Unit 507 Sc II Palm Coast, FL | | 461,366.00 (225,000.00 secured) |
| Countrywide Mortgage P.O. Box 5170 Crestview, FL 32539 | Countrywide Mortgage P.O. Box 5170 Crestview, FL 32539 | Palms of Destin Unit 1308 | Contingent Unliquidated Disputed | 307,160.00 |
| FSG Bank 1111 Northshore Drive Ste 600 Knoxville, TN 37919 | FSG Bank 1111 Northshore Drive Ste 600 Knoxville, TN 37919 | 134 & 334 Bluffs at German Creek Units Personal Guaranty | Contingent Unliquidated | 125,165.00 |
| GreenBank c/o Morris Kizer P.O. Box 1990 Knoxville, TN 37901 | GreenBank c/o Morris Kizer P.O. Box 1990 Knoxville, TN 37901 | 334 Bluffs at German Creek Unit (Southern Boys Investment Group, LLC) | Contingent Unliquidated | 294,262.59 |
| McIntosh Commercial Bank Attn: Cleveland Clinton, Esq. 1601 Elm Street, Ste 4600 Dallas, TX 75201 | McIntosh Commercial Bank Attn: Cleveland Clinton, Esq. 1601 Elm Street, Ste 4600 Dallas, TX 75201 | FadeAway Compound at Indian Pass Mexico Beach Foreclosure Personal Guaranty | Contingent Disputed | 2,242,598.44 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Christopher Garrett Mohr**                      Case No.                               
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| McIntosh Commercial Bank<br>Attn:  Cleveland Clinton, Esq<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201 | McIntosh Commercial Bank<br>Attn:  Cleveland Clinton, Esq<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201 | Southern Boys Investment Group, LLC<br>Line of Credit | Contingent<br>Disputed | 949,249.99 |
| Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Construction Loan - Villas at Suncrest, LLC<br>Personal Guaranty | Contingent<br>Unliquidated<br>Disputed | 18,512,555.57 |
| Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Construction Loan - Villas at Suncrest, LLC<br>Personal Guaranty | Contingent<br>Unliquidated<br>Disputed | 4,794,987.00 |
| Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Personal Guaranty Village at Suncrest, LLC | Contingent<br>Unliquidated<br>Disputed | 1,000,000.00 |
| Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Nexity Bank<br>c/o Todd Brister<br>P.O. Box 1759<br>Panama City, FL 32402 | Personal Guaranty Village at Suncrest, LLC | Contingent<br>Unliquidated<br>Disputed | 499,599.77 |
| Pnc Bank<br>Attn: Bankruptcy<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 | Pnc Bank<br>Attn: Bankruptcy<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 | Credit Line Secured (Residence in Wife's Name) | Contingent<br>Unliquidated | 399,000.00 |
| Suntrust<br>Attn:  BR Dept<br>P.O. Box 85092<br>Richmond, VA 23286 | Suntrust<br>Attn:  BR Dept<br>P.O. Box 85092<br>Richmond, VA 23286 | Line of Credit - 0559<br>Business Debt of Southern Boys | Contingent<br>Unliquidated | 197,727.76 |
| SunTrust Bank<br>Attn:  BR Dept<br>P.O. Box 85092<br>Richmond, VA 23286 | SunTrust Bank<br>Attn:  BR Dept<br>P.O. Box 85092<br>Richmond, VA 23286 | Line of Credit Business Debt for Southern Boys | Contingent<br>Unliquidated<br>Disputed | 499,949.30 |
| Suntrust Bk-n Central<br>Attn:Bankruptcy Dept<br>Po Box 85092 Mc<br>Va-Wmrk-7952<br>Richmond, VA 23286 | Suntrust Bk-n Central<br>Attn:Bankruptcy Dept<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23286 | Condo<br>80 Surfview Drive, Unit 507 Sc II<br>Palm Coast, FL | Contingent<br>Unliquidated<br>Disputed | 99,787.00<br>(225,000.00 secured)<br>(461,366.00 senior lien) |
| SunTrust Mortgage<br>P.O. Box 79041<br>Baltimore, MD 21279 | SunTrust Mortgage<br>P.O. Box 79041<br>Baltimore, MD 21279 | 134 Bluffs at German Creek<br>Personal Guaranty Business Debt for Southern Boys | Contingent<br>Unliquidated<br>Disputed | 244,732.00 |
| Wachovia Bank<br>c/o Glenn Glover<br>1918 Fifth Avenue North<br>Birmingham, AL 35203-2119 | Wachovia Bank<br>c/o Glenn Glover<br>1918 Fifth Avenue North<br>Birmingham, AL 35203-2119 | Line of Credit<br>Personal Guaranty of Corporate Debt | Contingent<br>Unliquidated | 346,361.75 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Christopher Garrett Mohr**                                          Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>**c/o Glenn Glover**<br>**1819 Fifth Avenue North**<br>**Birmingham, AL 35203-2119** | **Wells Fargo Bank**<br>**c/o Glenn Glover**<br>**1819 Fifth Avenue North**<br>**Birmingham, AL 35203-2119** | **Settlement Agreement of Business Debt** | | **125,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Christopher Garrett Mohr**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 30, 2013**                    Signature   **/s/ Christopher Garrett Mohr**

                                                    **Christopher Garrett Mohr**
                                                    Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

CHRISTOPHER GARRETT MOHR
P.O. BOX 1232
THOMSON GA 30824

DOUGLAS JOHNSON
P.O. BOX 362
MELROSE FL 32666

MCINTOSH COMMERCIAL BANK
ATTN: CLEVELAND CLINTON, ES
1601 ELM STREET, SUITE 4600
DALLAS TX 75201

TODD BOUDREAUX
SHEPARD PLUNKETT
7013 EVANS TOWN CENTER BLVD
SUITE 303
EVANS, GA 30809

FIRST BANK OF GEORGIA
1580 WALTON WAY
AUGUSTA GA 30904

NEXITY BANK
C/O TODD BRISTER
P.O. BOX 1759
PANAMA CITY FL 32402

AGSOUTH FARM CREDIT, ACA
P.O. BOX 160
STATESBORO GA 30459

FSG BANK
1111 NORTHSHORE DRIVE STE 600
KNOXVILLE TN 37919

PNC BANK
ATTN: BANKRUPTCY
2730 LIBERTY AVE
PITTSBURGH PA 15222

BB&T
200 W 2ND ST
WINSTON SALEM NC 27101

G. WILLIAM LONG, III
SUITE 2400, 271 17TH STREET NW
ATLANTA GA 30363

QUEENSBORO BANK
PO BOX 467
LOUISVILLE GA 30434

BBMJ, LLC
713 SEMINOLE RIDGE ROAD
MELROSE FL 32666

GATEWAYBANK OF FLORIDA
C/O SCOTT W. CICHON
P.O. BOX 2491
DAYTONA BEACH FL 32115-2491

RAY COX
P.O. BOX 674
MIDLAND CITY AL 36350

BLOCKER, BLOCKER, BEDNAR
2801 PINNACLE POINT DRIVE
CRESTVIEW FL 32539

GEORGIA BANK & TRUST
P.O. BOX 15367
AUGUSTA GA 30919-5367

RBC BANK USA
134 N CHURCH STREET
ROCKY MOUNT NC 27804

BRANCH BANKING & TRUST CO
C/O G. WILLIAM LONG, III
271 17TH ST NW, SUITE 2400
ATLANTA GA 30363

GREENBANK
C/O MORRIS KIZER
P.O. BOX 1990
KNOXVILLE TN 37901

SOUTHERN BOY INVESTMENT LL
P.O. BOX 674
MIDLAND CITY AL 36350

CITY NTL BK/OCWEN LOAN SERVICE
ATTN: BANKRUPTCY
P.O. BOX 24738
WEST PALM BEACH FL 33416

JOHN ROCKER
5579 B CHAMBLEE DUNWOODY RD
SUITE 102
ATLANTA GA 30338

SOUTHERN BOYS INVESTMENT LL
P.O. BOX 674
MIDLAND CITY AL 36350

COUNTRYWIDE MORTGAGE
P.O. BOX 5170
CRESTVIEW FL 32539

KEITH BROOKING
711 LOVE HENRY COURT
SOUTHLAKE TX 76092

SUNTRUST
ATTN: BR DEPT
P.O. BOX 85092
RICHMOND VA 23286

SUNTRUST  BANK
ATTN:   BR DEPT
P.O. BOX  85092
RICHMOND VA 23286


SUNTRUST  BK-N  CENTRAL
ATTN:BANKRUPTCY DEPT
PO BOX  85092 MC  VA-WMRK-7952
RICHMOND VA 23286


SUNTRUST  MORTGAGE
P.O. BOX  79041
BALTIMORE MD 21279


THE  PALMS  OF  DESTIN  RESORT
C/O BUSINESS  LAW  GROUP, PC
301  W PLATT  STREET  #375
TAMPA FL 33606


VILLAS  AT  SUNCREST, LLC
427 MCKENZIE  AVENUE
PANAMA CITY FL 32401


WACHOVIA  BANK
C/O GLENN  GLOVER
1918 FIFTH  AVENUE  NORTH
BIRMINGHAM AL 35203-2119


WELLS  FARGO  BANK
C/O GLENN  GLOVER
1819 FIFTH  AVENUE  NORTH
BIRMINGHAM AL 35203-2119


WILLIAM  BROOKS
5852 MITCHELL  ROAD
MITCHELL GA 30820